1  KENNETH R. O'BRIEN, Bar No. 072128
   LITTLER MENDELSON
2  A Professional Corporation
   2520 Venture Oaks Way, Suite 390
3  Sacramento, CA 95833.4227
   Telephone:   916.830.7200
4  Facsimile:   916.561.0828
   kobrien@littler.com
5
   PAUL S. COWIE, Bar No. 250131
6  LITTLER MENDELSON
   A Professional Corporation
7  650 California Street, 20th Floor
   San Francisco, CA 94108-2693
8  Telephone:   415.439.6210
   Facsimile:   415.520.9816
9  pcowie@littler.com

10 Attorneys for Defendants
   CON-WAY INC AND CON-WAY FREIGHT INC.
11
   LAWRENCE R. CAGNEY, Bar No. 141845
12 WESTRUP KLICK LLP
   444 W. Ocean Boulevard, #1614
13 Long Beach, CA 90802-4524
   Telephone:   562.432.2551
14 Facsimile:   562.435.4856
   Email:       lcagney@wkalaw.com
15
   Attorney for Plaintiff
16 JORGE QUEZADA

17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19                         SAN JOSE DIVISION

20 JORGE R. QUEZADA, individually, and          Case No. C 10 00100 JF
21 on behalf of all others similarly situated,
                                                 STIPULATION FOR DISMISSAL OF
22           Plaintiff,                          CON-WAY INC. WITH PREJUDICE AND
                                                 TO ADD NAMED PLAINTIFF, ROBERT
23    v.                                         COLON AND [PROPOSED] ORDER

24 CON-WAY INC., and CON-WAY                     [FED. R. CIV. P. 15 AND 41]
   FREIGHT INC. and DOES 2 through 20,
25 inclusive,

26           Defendants.

27

28

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108-2693
415.433.1940

STIP. OF DISMISSAL WITH PREJUDICE OF CON-            CASE NO. C 10 00100 JF
WAY INC. AND TO ADD NAMED PLAINTIFF

## STIPULATION

Whereas, a putative class action was filed by Mr. Robert Colon against Con-way Freight Inc. in the Superior Court of Los Angeles, being *Robert Colon v. Con-way Freight, Inc.*, Case No. BC 433047;

Whereas, Defendant Con-way Freight Inc. removed *Robert Colon v. Con-way Freight, Inc* to the Central District of California, Case No. CV 10-02749 GAF (SSx);

Whereas, Plaintiff Jorge R. Quezada had an initial concern about whether Con-way Inc. should be a named defendant in the within action, but has since satisfied himself that Con-way Inc. need not be a named defendant because Con-way Inc. was not Plaintiff Quezada's employer;

Whereas, to facilitate judicial economy, the Parties have stipulated that the Central District case *Robert Colon v. Con-way Freight Inc, Case No. CV 10-02749 GAF (SSx)* be dismissed with prejudice, that Mr. Colon be added as a named plaintiff to the instant action of *Jorge R. Quezada v. Con-way Inc., dba Con-Way Freight, Case No. C10 00100 JF*, and that Con-way Inc. be dismissed from the within action;

Jorge Quezada ("Plaintiff") and Defendants Con-way Inc. and Con-way Freight Inc. ("Defendants") by and through their respective counsel of record (collectively, the "Parties"), hereby stipulate, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, that this action be dismissed with prejudice in its entirety as against Con-way Inc. Each side will pay its/his own attorneys' fees and costs.

The Parties further stipulate pursuant to Rule 15(a)(2) that Plaintiff Robert Colon be added as a named plaintiff to the instant case *Jorge R. Quezada v. Con-way Inc., dba Con-Way Freight, Case No. C10 00100 JF*.

///
///
///
///
///
///

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIP. OF DISMISSAL WITH PREJUDICE OF CON-WAY INC. AND TO ADD NAMED PLAINTIFF　　1.　　CASE NO. C 10 00100 JF

1  Within 14 days, Plaintiffs will file an amended pleading reflecting these changes.

2  SO STIPULATED:

3  Dated: ~~May~~ 9, 2010
        June

_____
PAUL S. COWIE
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
CON-WAY INC. AND CON-WAY FREIGHT INC.

Dated: ~~May~~ June 9, 2010

_____
LAWRENCE R. CAGNEY
WESTRUP KLICK LLP
Attorneys for Plaintiff
JORGE QUEZADA

Firmwide:95536886.2 012187.1046

Dated: 6/15/10

_____
JEREMY FOGEL
United States District Judge

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIP. OF DISMISSAL WITH PREJUDICE OF CON-WAY INC. AND TO ADD NAMED PLAINTIFF     2.     CASE NO. C 10 00100 JF