1  KENNETH R. O'BRIEN, Bar No. 072128
   LITTLER MENDELSON
2  A Professional Corporation
   2520 Venture Oaks Way, Suite 390
3  Sacramento, CA 95833.4227                    **E-Filed 7/15/2010**
   Telephone:   916.830.7200
4  Facsimile:   916.561.0828
   kobrien@littler.com
5
   PAUL S. COWIE, Bar No. 250131
6  LITTLER MENDELSON
   A Professional Corporation
7  650 California Street, 20th Floor
   San Francisco, CA 94108-2693
8  Telephone:   415.439.6210
   Facsimile:   415.520.9816
9  pcowie@littler.com

10 Attorneys for Defendant
   CON-WAY FREIGHT INC.
11
   LAWRENCE R. CAGNEY, Bar No. 141845
12 PATRICIA OLIVER, Bar No. 193423
   WESTRUP KLICK LLP
13 444 W. Ocean Boulevard, #1614
   Long Beach, CA 90802-4524
14 Telephone:   562.432.2551
   Facsimile:   562.435.4856
15 Email:       lcagney@wkalaw.com

16 Attorney for Plaintiffs
   JORGE QUEZADA and ROBERT COLON
17
                    UNITED STATES DISTRICT COURT
18
                    NORTHERN DISTRICT OF CALIFORNIA
19
                           SAN JOSE DIVISION
20

21 JORGE R. QUEZADA and ROBERT          Case No.  C 10 00100 JF
   COLON, individually, and on behalf of all
22 others similarly situated,            **STIPULATION TO ANSWER STANDING
                                         AS RESPONSIVE PLEADING TO
23              Plaintiff,               SECOND AMENDED COMPLAINT**

24     v.

25 CON-WAY FREIGHT,

26              Defendant.

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION: ANSWER AS RESPONSIVE PLEADING         CASE NO. C 10 00100 JF

# STIPULATION

Plaintiffs JORGE QUEZADA and ROBERT COLON ("Plaintiffs") and Defendant CON-WAY FREIGHT INC. ("Defendant") hereby stipulate to Defendant's existing Answer standing as its responsive pleading to Plaintiffs' Second Amended Complaint.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: July 14, 2010

/s/
PAUL S. COWIE
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
CON-WAY FREIGHT INC.

Dated: July 14, 2010

/s/
LARRY CAGNEY
WESTRUP KLICK LLP
Attorneys for Plaintiffs
JORGE QUEZADA and ROBERT COLON

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: July 15, 2010

HON. JUDGE JEREMY FOGEL

Firmwide:96280910.1 012187.1046

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940