**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7       IN THE UNITED STATES DISTRICT COURT
8       FOR THE NORTHERN DISTRICT OF CALIFORNIA
9       SAN FRANCISCO DIVISION
10  Jose Alberto Fonseca Pina, et al.,                    NO. C 10-00100 JW
11               Plaintiffs,            **ORDER VACATING MOTION HEARING**
        v.
12  Con-Way Inc.,
13
                 Defendant.
14  _____/
15       Presently before the Court is Plaintiffs' Motion for Class Certification.[1]  The Court finds it
16  appropriate to take the Motion under submission without oral argument.  See Civ. L.R. 7-1(b).
17  Accordingly, the Court VACATES the Motion hearing scheduled for March 26, 2012.
18
19
20  Dated:  March 22, 2012                    _____
21                                            JAMES WARE
                                              United States District Chief Judge
22
23
24
25
26
        _____
27       [1]  (Renewed Notice of Motion and Motion of Rogelio Vigil and Jose Alberto Fonseca Pina
    for Class Certification; Memorandum of Points and Authorities in Support Thereof, Docket Item No.
28  56.)

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Barrett Kenneth Green bgreen@littler.com
Erica H. Kelley ekelley@littler.com
Jonathan Che Gettleman jonathangettleman@yahoo.com
Kenneth Richard O'Brien kobrien@littler.com
Lawrence R Cagney lcagney@wkalaw.com
Michael L. Carver carverm@aol.com
Michelle MacEachern Lunde mlunde@carverlaw.com

**Dated:  March 22, 2012**                    **Richard W. Wieking, Clerk**

                                              **By:      /s/ JW Chambers_____**
                                                   **Susan Imbriani**
                                                   **Courtroom Deputy**

**United States District Court**
For the Northern District of California