IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Jose Alberto Fonseca Pina, et al., | NO. C 10-00100 JW |
| Plaintiffs, v. | **ORDER ADOPTING MODIFIED PROPOSED NOTICE OF CLASS CERTIFICATION** |
| Con-Way, Inc., | |
| Defendant. / | |

Presently before the Court is the parties' Joint Proposed Notice of Class Certification.[1] The parties submitted this revised Proposed Notice in response to the Court's July 3, 2012 Order Modifying Class Definition; Adopting Plaintiffs' Proposed Language for Class Notice. (See Docket Item No. 70.)

Upon review, the Court finds that the parties' revised Proposed Notice adequately apprises class members of their rights and the pendency of this action. Accordingly, the Court ADOPTS the parties' Proposed Notice. Unless otherwise stipulated by the parties, Notice shall be disseminated immediately to the class.[2]

Dated: July 19, 2012

*James Ware*
JAMES WARE
United States District Chief Judge

---

[1] (See Docket Item No. 71.)

[2] Although Defendant had previously requested that notice not be disseminated until after the Ninth Circuit ruled on its Petition to appeal the Court's Class Certification Order, the Court observes that Defendant's Petition has now been denied by the Ninth Circuit, rendering Defendant's request moot. (See Docket Item No. 72.)

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Barrett Kenneth Green bgreen@littler.com
Erica H. Kelley ekelley@littler.com
Jonathan Che Gettleman jonathangettleman@yahoo.com
Kenneth Richard O'Brien kobrien@littler.com
Lawrence R Cagney lcagney@wkalaw.com
Michael L. Carver carverm@aol.com
Michelle MacEachern Lunde mlunde@carverlaw.com

**Dated: July 19, 2012**                                          **Richard W. Wieking, Clerk**

                                                                  **By:      /s/ JW Chambers**
                                                                       **William Noble**
                                                                       **Courtroom Deputy**