IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ALBERTO FONSECA PINA and ROGELIO VIGIL,<br><br>Plaintiffs,<br><br>v.<br><br>CON-WAY FREIGHT INC. and DOES 1 through 20, inclusive,<br>Defendants. | Case No. C 10-00100 JSW Related to C-09-3670 JSW<br><br>**[PROPOSED] ORDER STAYING ACTION, CONTINUING STATUS CONFERENCE AND VACATING HEARING DATE OF MOTION FOR SUMMARY JUDGMENT WITHOUT PREJUDICE** |
| JORGE R. QUEZADA, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CON-WAY FREIGHT INC.,<br><br>Defendant. | Case No. C-09-3670 JSW Related to C 10-00100 JSW |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

Having received, read and considered the parties' March 8, 2012 Stipulation To Stay Action, Continue Status Conference And Withdraw Motion For Summary Judgment Without Prejudice,

---

**ORDER STAYING ACTION, CONTINUING STATUS CONFERENCE AND WITHDRAWING MOTION FOR SUMMARY JUDGMENT WITHOUT PREJUDICE**

**IT IS HEREBY ORDERED** that:

1. All proceedings in *Pina v. Con-way* Case No. C 10-00100 JSW are stayed pending the disposition of the appeal in *Dilts v. Penske*, Case No. 12-55705 ("*Dilts*") provided that either party may request that the Court set a review hearing at which the Court may consider whether circumstances warrant continuing the stay in the absence of a disposition in *Dilts*. This stipulation does not affect Con-Way's contested request for a stay in *Quezada v. Con-way*, C-09-3670 JSW ("*Quezada*").

2. Consistent with the issuance of the stay ordered herein, and in view of Con-Way's contested pending motion to stay the *Quezada* action which is scheduled for March 29, 2013 the Initial Case Management Conference in *Quezada* is continued to May 3, 2013 at 1:30 p.m. .

3. The hearing date of Plaintiff Pina's motion for summary judgment is vacated and the motion is HEREBY STRICKEN without prejudice to Pina's filing a renewed motion for summary judgment, or Con-Way's filing of its own motion for summary judgment following the dissolution of the stay.

Dated: March 12, 2013

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE