**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JORGE R. QUEZADA, et al.,

    Plaintiffs,

v.

CON-WAY FREIGHT, INC.,

    Defendant.

No. C 10-00100 JSW

**ORDER LIFTING STAY AND SETTING FURTHER CASE MANAGEMENT CONFERENCE**

In light of the Ninth Circuit's decision upon the appeal of *Dilts v. Penske*, 819 F. Supp. 2d 1109 (S.D. Cal. 2011) and *Campbell v. Vitran*, 2012 WL 2317233 (C.D. Cal. June 8, 2012), the Court HEREBY LIFTS the stay in the above captioned matter. The Court SETS a further case management conference for October 31, 2014 at 11:00 a.m. The parties shall file a joint further case management statement by no later than October 24, 2014.

**IT IS SO ORDERED.**

Dated: October 3, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

Case 4:10-cv-00100-JSW   Document 87   Filed 10/03/14   Page 2 of 2