AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

NORTHERN District of CALIFORNIA

JOSE ALBERTO FONSECA PINA, ET AL.
                Plaintiff (s),
V.
CON-WAY FREIGHT INC., ET AL.,
                Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 10-00100 JSW

Notice is hereby given that, subject to approval by the court, **JOSE ALBERTO FONSECA PINA** substitutes
(Party (s) Name)

**R. DUANE WESTRUP**, State Bar No. **58610** as counsel of record in
(Name of New Attorney)

place of **LAWRENCE R. CAGNEY**
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Westrup & Associates |
| Address: | 444 West Ocean Boulevard, Suite 1614, Long Beach, CA 90802 |
| Telephone: | (562) 432-2551     Facsimile (562) 435-4856 |
| E-Mail (Optional): | jveloff@westrupassociates.com |

I consent to the above substitution.
Date: _____
                (Signature of Party (s))

I consent to being substituted.
Date: 8/1/14
                (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 8/1/14
                (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 10/21/2014
                Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]