AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| NORTHERN | District of | CALIFORNIA |

JOSE ALBERTO FONSECA PINA, ET AL.
                    Plaintiff (s),
              v.
CON-WAY FREIGHT INC., ET AL.,
                    Defendant (s),

CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY

CASE NUMBER: 10-00100 JSW

Notice is hereby given that, subject to approval by the court, ROGELIO VIGIL substitutes
(Party (s) Name)

R. DUANE WESTRUP , State Bar No. 58610 as counsel of record in
(Name of New Attorney)

place of LAWRENCE R. CAGNEY
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:        Westrup & Associates
Address:          444 West Ocean Boulevard, Suite 1614, Long Beach, CA  90802
Telephone:        (562) 432-2551            Facsimile  (562) 435-4856
E-Mail (Optional): jveloff@westrupassociates.com

I consent to the above substitution.
Date:  8-27-14
                                                    (Signature of Party (s))

I consent to being substituted.
Date:  8/1/14
                                                    (Signature of Former Attorney (s))

I consent to the above substitution.
Date:  8/1/14
                                                    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:  10/21/2014
                                                    Jeffrey S. White
                                                    Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]