**United States District Court**
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8               FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    JORGE R. QUEZADA, et al.,

10              Plaintiffs,                        No. C 10-00100 JSW

11      v.

12   CON-WAY FREIGHT, INC.,                    **ORDER CONTINUING FURTHER**
                                               **CASE MANAGEMENT**
13              Defendant.                     **CONFERENCE**
     _____/

14

15          The parties filed a joint case management statement but failed to propose any deadlines.

16   The Court HEREBY CONTINUES the further case management conference to December 12,

17   2014.  The parties shall file an updated further case management statement by no later than

18   December 5, 2014.  In their joint statement, the parties shall propose deadlines for filing

19   dispositive motions, for filing a motion for decertification, for the close of discovery, and for

20   the disclosure of experts.  Additionally, the parties shall propose dates for the pretrial

21   conference and trial.

22          **IT IS SO ORDERED.**

23

24   Dated: October 28, 2014

25                                              JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE

26

27

28