R. Duane Westrup (SBN 58610)
jveloff@westrupassociates.com
Cat N. Bulaon (SBN 206612)
cbulaon@westrupassociates.com
**WESTRUP & ASSOCIATES**
444 West Ocean Boulevard, Suite 1614
Long Beach, California 90802
Telephone:  (562) 432-2551
Facsimile:  (562) 435-4856

Michael L. Carver (SBN 173633)
CarverM@aol.com
Michelle M. Lunde (SBN 246585)
mlunde@carverlaw.com
**LABOR LAW OFFICE, APC**
1395 Ridgewood Drive, Suite 300
Chico, California 95928
Telephone: (530) 891-8503
Facsimile: (530) 891-8512

Jonathan Che Gettleman (SBN 243560)
jonathangettleman@yahoo.com
**LAW OFFICE OF JONATHAN C. GETTLEMAN**
323 River Street, Suite D
Santa Cruz, CA 95065
Telephone: (831) 427-2658
Facsimile: (831) 515-5228

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE ALBERTO FONSECA PINA, and ROGELIO VIGIL,<br><br>Plaintiffs,<br><br>v.<br><br>CON-WAY FREIGHT INC. and DOES 1 through 20, inclusive,<br>Defendants. | Case No.  C 10-00100<br><br>**[PROPOSED] ORDER PERMITTING WESTRUP KLICK, LLP TO WITHDRAW AS CO-CLASS COUNSEL AND APPOINTING WESTRUP & ASSOCIATES AS CO-CLASS COUNSEL AND AMENDING PREVIOUS CERTIFICATION ORDER**<br>AND VACATING MOTION HEARING<br>Date:          December 12, 2014<br>Time:          9:00 a.m.<br>Courtroom:  5<br>Judge:         Hon. Jeffrey S. White |

1
ORDER APPOINTING WESTRUP & ASSOCIATES AS CLASS COUNSEL

**ORDER**

There being no opposition thereto, and

After full consideration of Plaintiffs' Motion to permit Westrup Klick, LLP to withdraw as class counsel and to appoint successor firm Westrup & Associates as co-class counsel along with the Labor Law Office and Law Office of Jonathan C. Gettleman, the factors set forth in *Federal Rule of Civil Procedure*, Rule 23(g), and the record in this action, the Court hereby GRANTS Plaintiffs' motion and ORDERS as follows:

1. Westrup Klick, LLP is permitted to withdraw as class counsel;

2. Mr. Westrup's new firm, Westrup & Associates, is appointed co-class counsel (along with existing class counsel The Labor Law Office and Law Office Of Jonathan C. Gettleman), pursuant to Rule 23(g); and

3. The April 12, 2012 class certification order [Docket No. 67] is amended accordingly.

IT IS SO ORDERED.

Dated: November 14, 2014

Honorable Jeffrey S. White
United States District Judge

4. The Court VACATES the motion hearing scheduled for December 12, 2014 at 9:00 a.m. The parties shall appear as scheduled for the case management conference set for December 12, 2014 at 11:00 a.m.