UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ANTHONY SEPULVEDA, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>CON-WAY FREIGHT INC.,<br><br>        Defendant. | Case No.  15-cv-02272-HSG<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| JORGE R. QUEZADA, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>CON-WAY FREIGHT,<br><br>        Defendant. | Case No. 10-cv-00100-JSW |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Jeffrey S. White, for consideration of whether the case is related to Quezada et al. v. Con-Way Freight, 10-cv-00100-JSW.

**IT IS SO ORDERED.**

Dated: August 13, 2015

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge