UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ALBERTO FONSECA PINA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CON-WAY FREIGHT, INC.,<br><br>Defendant. | Case No. 10-cv-00100-JSW<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The Court has received and considered the parties' joint case management conference statement. In an Order dated November 30, 2015, the Court stated that unless the parties were unavailable on January 22, 2016, it would not continue the case management conference. However, after reviewing the case management statement, it is clear that the parties are unprepared to set further deadlines in this matter and that holding a case management conference would not be productive.

The Court is not pleased with this development. Although the Court will continue the case management conference, it shall not grant the three month continuance that Plaintiffs have proposed. The parties shall appear for a further case management conference on February 19, 2016. The Court FURTHER ORDERS the parties to meet and confer by January 26, 2016, on all outstanding discovery requests and to present any disputes to Magistrate Judge Vadas by no later than February 5, 2016.

The parties shall submit a further case management conference statement on February 12, 2016, and that case management statement shall include proposed dates and deadlines. If the parties need to provide alternative proposals, in the event certain discovery disputes have not been

1  resolved, they shall do so.

2  **IT IS SO ORDERED.**

3  Dated:  January 19, 2016

_____
JEFFREY S. WHITE
United States District Judge

Cc:  Magistrate Judge Vadas

2