UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ALBERTO FONSECA PINA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CON-WAY FREIGHT, INC.,<br><br>Defendant. | Case No. 10-cv-00100-JSW<br><br>**ORDER REGARDING CASE MANAGEMENT CONFERENCE** |

The Court has received and considered the parties' updated joint case management conference statement, dated February 11, 2016. In that case management conference statement, the parties state that they "believe it would be productive to have a dialogue with the Court," but they have not given the Court any information about the topics to be discussed during such a dialogue.

Therefore, the parties shall provide the Court with further information on that point by no later than February 17, 2016.

**IT IS SO ORDERED.**

Dated: February 12, 2016

_____
JEFFREY S. WHITE
United States District Judge